# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OMAR OROZCO,**

      **Plaintiff,**

**v.**                                             Case No:   6:17-cv-1751-Orl-31KRS

**HIBBETT SPORTING GOODS, INC.,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (Doc. No. 20)**
>
> **FILED:**     **December 14, 2017**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended up to and including January 18, 2018.  This deadline will not likely be further extended absent a showing of extraordinary circumstances.

**DONE** and **ORDERED** in Orlando, Florida on December 15, 2017.

                                                           *Karla R. Spaulding*
                                                           KARLA R. SPAULDING
                                            UNITED STATES MAGISTRATE JUDGE