## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**OMAR OROZCO,**
**individually and on behalf of**
**all others similarly situated,**

      **Plaintiff,**

**vs.**             **CASE NO. 6:17-CV-01751-GAP-KRS**

**HIBBETT SPORTING GOODS, INC.,**
**a foreign for-profit corporation**

      **Defendant.**
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Omar Orozco, and Defendant, Hibbett Sporting Goods, Inc., hereby notify this Court that they have reached a resolution of the claims raised in this action and intend to request dismissal jointly. The parties respectfully request that the Court stay all deadlines and retain jurisdiction for any matters related to completing and/or enforcing any agreement between the parties.

| | |
|---|---|
| *s/ Ian R. Leavengood* | *s/ Jacqueline Simms-Petredis* |
| Ian R. Leavengood, Esq. | Jacqueline Simms-Petredis |
| Florida Bar No. 0010167 | Florida Bar No. 0906751 |
| Leavengood, Dauval, Boyle & Meyer, P.A. | Burr & Forman LLP |
| 3900 First Street North, Suite 100 | 201 North Franklin Street, Suite 3200 |
| St. Petersburg, FL 33703 | Tampa, Florida 32801 |
| Telephone: (727) 327-3328 | Telephone: (813) 221-2626 |
| Facsimile: (727) 327-3305 | Facsimile: (813) 221-7335 |
| consumerservice@leavenlaw.com | jsimms-petredis@burr.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

31037875 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile, or e-mail on this the 12th day of January, 2018:

Ian R. Leavengood, Esq.
Aaron M. Smith, Esq.
Gregory H. Lercher, Esq.
**LEAVENLAW**
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Telephone: (727) 327-3328
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
*Attorneys for Plaintiff*

                           */s/ Jacqueline Simms-Petredis*
                           Attorney